IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK LEE PERRY,** | Case No. 2:21-cv-00065 WBS KJN (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **BREVICK, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Motion to Modify the Discovery and Scheduling Order and Request, *Nunc Pro Tunc*, for Extension of Time to Respond to Discovery (ECF No. 33) is granted.  The discovery deadline shall be extended from June 6, 2022, to June 29, 2022, for the limited purpose of allowing Defendants to serve responses to Plaintiff's requests for production of documents and interrogatories by that date.  Plaintiff's associated deadline to file a motion to compel shall be extended to July 29, 2022.  All other discovery shall correspond to the June 6, 2022 deadline.

Dated:  June 2, 2022



KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Per65.eot

1