1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JACK LEE PERRY,                        No.  2: 21-cv-0065 WBS KJN P

12              Plaintiff,

13       v.                                  ORDER

14   BREVICK, et al.,

15              Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion, filed July 29, 2022,

19   requesting a 90 days extension of time to file a motion to compel regarding defendants' responses

20   to his request for production of documents and interrogatories.  (ECF No. 35.)  The deadline to

21   file a motion to compel was July 29, 2022.  (ECF No. 34.)

22          Good cause appearing, plaintiff is granted a 60 days extension of time to file a motion to

23   compel.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.   Plaintiff's motion for an extension of time (ECF No. 35) is granted;

26          2.   Plaintiff is granted sixty days from the date of this order to file a motion to compel

27               regarding defendants' responses to his request for production of documents and

28               interrogatories; no further requests for extension of time will be granted but for a

1

1    showing of substantial cause; and

2        3.   The August 26, 2022 dispositive motion deadline is vacated and reset to January 6,

3            2023.

4    Dated:  August 10, 2022

5

6                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
7

8
     Per65.eot(p)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2