IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK LEE PERRY,** | Case No. 2:21-cv-00065 WBS KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **BREVICK, et al.,** | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that defendants' request for extension of time to file an opposition to plaintiff's motion to compel (ECF No. 39) is granted. Defendants' opposition is due on or before November 25, 2022.

Dated: October 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Perr65.eot