IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK LEE PERRY,**<br><br>                                  Plaintiff,<br><br>         v.<br><br>**BREVICK, et al. ,**<br><br>                                  Defendants. | Case No. 2:21-cv-00065 WBS KJN<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for an extension of time to file a merit-based dispositive motion (ECF No. 54) is granted. The parties' merit-based dispositive motions shall be filed on or before July 30, 2023.

Dated:  July 19, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Per65.eot(2)