UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEE PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BREVICK, et al.,<br><br>　　　　　Defendants. | No. 2: 21-cv-0065 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, defendants are ordered to re-serve plaintiff with their summary judgment motion.

On July 31, 2023, defendants filed a summary judgment motion.  (ECF No. 56.)  Defendants served their summary judgment motion on plaintiff at his then address of record at High Desert State Prison ("HDSP").  (Id. at 3.)  On August 7, 2023, plaintiff filed a notice of change of address stating that as of August 1, 2023, he is now incarcerated at the R.J. Donovan Correctional Facility ("RJDCF").  (ECF No. 57.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, defendants shall re-serve plaintiff with their summary judgment motion at his new address at RJDCF; defendants shall file proof of re-service within that time;

1

2. Plaintiff shall file his opposition to defendants' summary judgment motion within thirty days of the date of this order.

Dated:  August 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Per65.res